UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON WALKER,<br><br>          Plaintiff,<br><br>v.<br><br>RYAN CREDIT SERVICE,<br><br>          Defendant. | Civil No. 06-CV-2362-L(AJB)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT** |

On October 25, 2006, plaintiff filed the above-captioned action. In his complaint, plaintiff contends defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*. Plaintiff served defendant on October 27, 2006. After service of process, plaintiff did nothing. On April 27, 2007, the Court set an Order to Show Cause ("OSC") hearing why this action should not be dismissed for lack of prosecution under Civil Local Rule 41.1. Before the time set for hearing on the OSC, plaintiff filed a request for entry of default. Default was entered on May 23, 2007. Again, plaintiff took no action.

The Court then set another OSC for October 9, 2007. This time the OSC hearing why the case should not be dismissed was set because plaintiff failed to move for default judgment within thirty (30) days of the entry of default. *See* CIV. L.R. 55.1.

Plaintiff did not appear at t he OSC hearing. Plaintiff neither contacted the Court nor filed a motion for default judgment prior to the OSC hearing. On October 9, 2007, the day the OSC

1 hearing was scheduled, plaintiff filed the "Declaration of Joshua B. Swigart ("Swigert") in response
2 to the Court's Order to show cause re: failure to move for default judgment.

3     In his declaration, Swigart contends that he "mistakenly calendared the hearing date for
4 October 11, 2007." (Declar. at 2). Swigart also asserts that he fully intended appearing at the OSC
5 hearing. *Id.* Swigert does not provide any reason, however, for his failure to file a motion for
6 default judgment. Nevertheless, the Court will provide plaintiff with a hearing date so that he may
7 file a motion for default judgment. **Counsel is advised that failure to file a motion for default**
8 **judgment within the time provided by the Court shall result in dismissal of this action without**
9 **prejudice.**

10     Based on the foregoing, **IT IS ORDERED** that plaintiff shall file and serve on opposing
11 counsel a motion for default judgment no later than October 29, 2007. Defendant may file an
12 opposition to the motion for default judgment no later than November 5, 2007. If defendant files
13 an opposition, plaintiff shall have until November 12, 2007 in which to file a reply memorandum.

14     **IT IS FURTHER ORDERED** setting hearing on the motion for default judgment for
15 November 19, 2007 at 10:30 a.m.

16     **IT IS SO ORDERED.**

17 DATED: October 15, 2007

18
                                  M. James Lorenz
19                                   United States District Court Judge

20

21 COPY TO:

22 HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
23

24 ALL PARTIES/COUNSEL